**FILED**
CLERK, U.S. DISTRICT COURT

07/01/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br><br>NILOUFAR BAHADORIFAR<br>a/k/a "Nellie"<br><br>DEFENDANT(S). | CASE NUMBER  8:21-mj-00464-DUTY<br><br>21 CRIM 430<br><br>**DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Sealed Indictment
in the Southern District of New York on 06/29/2021
at ____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 2015 to 2021
in violation of Title 50 / 18 / 31  U.S.C., Section(s) 1705 / 1349, 1956 / 4324
to wit: IEEPA / Bank & Wire Fraud, Money Laundering / Structuring

A warrant for defendant's arrest was issued by: Hon. Debra Freeman, USMJ

Bond of $ N/A _____ was ☐ set / ☐ recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach): CR-64, Arrest Warrant, Sealed Indictment

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      7/1/21
                  Date

*B. Adib* (signature)

Signature of Agent

Babak Adib
Print Name of Agent

FBI
Agency

Special Agent
Title